Matter of New York City Mun. Labor Comm. v Adams (2023 NY Slip Op 06316)

Matter of New York City Mun. Labor Comm. v Adams

2023 NY Slip Op 06316

Decided on December 07, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 07, 2023

Before: Webber, J.P., Scarpulla, Pitt-Burke, Rosado, O'Neill Levy, JJ. 

Index No. 158863/22 Appeal No. 1161 Case No. 2023-00384 

[*1]In the Matter of The New York City Municipal Labor Committee etc., et al., Petitioners-Appellants,
v
Eric Adams, as Mayor of the City of New York et al., Respondents-Respondents.

Stroock & Stroock & Lavan LLP, New York (Dina Kolker of counsel), for appellants.
Sylvia O. Hinds-Radix, Corporation Counsel, New York (Amy McCamphill of counsel), for respondents.

Order and judgment (one paper), Supreme Court, New York County (Richard Latin, J.), entered on or about January 20, 2023, which denied the petition seeking declaratory and injunctive relief against respondents' determination to exclude employees of the City of New York (City) from the repeal of the COVID-19 vaccination requirement for other employees, effective November 1, 2022, and dismissed this hybrid CPLR article 78 proceeding and action, unanimously affirmed, without costs.
This proceeding is moot because the vaccination mandate for City employees was rescinded in February 2023 (see Cornell Univ. v Bagnardi, 68 NY2d 583, 592 [1986]; Matter of New York State Constr. Safety Assn. v New York City Dept. of Health & Mental Hygiene, 205 AD3d 576 [1st Dept 2022]). The "narrow exception" to the mootness doctrine is inapplicable (Matter of Santiago v Berlin, 111 AD3d 487, 487 [1st Dept 2013]).
Since we are affirming on the alternative ground of mootness, we do not reach the remaining issues raised by the parties.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 7, 2023